

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS, | § | No. 08-21-00149-CV |
| | § | Appeal from the |
| Appellant, | § | County Court at Law No. 7 |
| v. | § | of El Paso County, Texas |
| CITY OF EL PASO, | § | (TC# 2021DCV2805) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court on its own motion VACATES the November 30, 2021 submission setting for the above styled and numbered cause.

It is further ORDERED that the above styled and numbered cause is hereby rescheduled for submission without oral argument, pursuant to Rule 39.1 Tex.R.App.P., for Friday, November 12, 2021.

IT IS SO ORDERED this 1st day of November, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.